■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA McCRAY, Appellant. [41 NYS3d 900]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Foley, J.), rendered October 21, 2013, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Notwithstanding the fact that the defendant's attorney did not sign the written appeal waiver form, the record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see generally People v Sanders*, 25 NY3d 337, 341-342 [2015]; *People v Ramos*, 7 NY3d 737, 738 [2006]). The defendant's valid waiver of his right to appeal precludes review of his contention that the sentencing

court should have sentenced him as a youthful offender (*see People v Pacherille*, 25 NY3d 1021, 1024 [2015]; *People v Drammeh*, 100 AD3d 650, 651 [2012]; *People v Franko*, 98 AD3d 525 [2012]). Austin, J.P., Sgroi, Cohen and Brathwaite Nelson, JJ., concur.